NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CUMMINS-ALLISON CORP.,**
*Plaintiff-Cross-Appellant,*

v.

**SBM CO., LTD.**
(FORMERLY KNOWN AS SHINWOO INFORMATION & TELE-COMMUNICATIONS CO., LTD.),
*Defendant-Appellant,*

AND

**AMRO-ASIAN TRADE, INC.,**
*Defendant-Appellant.*

---

2011-1049,-1065,-1066

---

Appeals from the United States District Court for the Eastern District of Texas in case no. 07-CV-0196, Judge Ron Clark.

---

**ON MOTION**

---

Before LINN, *Circuit Judge.*

**ORDER**

Cummins-Allison Corp. moves for summary affirmance or dismissal of Amro-Asian Trade, Inc.'s and SBM Co., Ltd.'s appeals relating to U.S. Patent No. 6,459,806. SBM and Amro-Asian oppose. Cummins-Allison replies.

The court deems it the better course to deny the motions without prejudice to the parties raising the arguments of estoppel in their briefs.

Accordingly,

IT IS ORDERED THAT:

The motions are denied without prejudice.

FOR THE COURT

JAN 26 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Edward L. Foote, Esq.
    Grant E. Kinsel, Esq.
    Kevin M. O'Brien, Esq.

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 26 2011

JAN HORBALY
CLERK